**FILED**

01/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0493

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 21-0493

| | |
|---|---|
| J&L LANDS, LP, a Montana Limited Partnership,<br><br>    Plaintiff/Appellee,<br><br>-vs-<br><br>JERRY W. NEZAT,<br><br>    Defendant/Appellant. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Appellee J&L Lands, LP having filed an Unopposed Motion for Extension of Time to File Response Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellants' Response Brief shall be filed on or before March 7, 2022.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 27 2022